**DISMISS and Opinion Filed October 2, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-24-00033-CV**

_____

**KIM VANCE, Appellant**

**V.**

**1303 MAIN GARDENS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-07657-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Partida-Kipness

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 9, 2024. By postcard dated August 13, 2024, we informed appellant the brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise

corresponded with the Court regarding the status of this appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                /Robbie Partida-Kipness/
                ROBBIE PARTIDA-KIPNESS
                JUSTICE

240033F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KIM VANCE, Appellant

No. 05-24-00033-CV     V.

1303 MAIN GARDENS, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-07657-C.
Opinion delivered by Justice Partida-Kipness. Justices Goldstein and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 2, 2024